NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1483

### WEBZERO, LLC,

Plaintiff-Appellant,

v.

### CLICVU, INC. (doing business as SPAMEX),

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 08-CV-0504, Judge Mariana R. Pfaelzer.

ON MOTION

ORDER

Upon consideration of ClicVU, Inc.'s motion for an extension of time, until February 23, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Harry W.R. Chamberlain, II, Esq.
Marc Jonas Block, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2010

JAN HORBALY
CLERK